George W. Thomas, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc*, June Term, 1909.)

Attorney General, for Defendant in Error.

No appearance for Plaintiff in Error.

Criminal Court of Record of Walton County; D. Stuart Gillis, Judge.

Judgment against plaintiff in error.  Writ of error dismissed on motion of the Attorney General.